UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT T. PRATT, | No. C 09-1143 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDW (A) P. T. SMITH; et al., | |
| Defendants. | |

The complaint is dismissed without leave to amend.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 28, 2009

_____
SUSAN ILLSTON
United States District Judge